IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 18 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-ES-441

ERNEST WEST,

      Plaintiff,

v.

JOE ORTIZ, Executive Director of the C.D.O.C.,
FOUR MILE CORRECTIONAL CENTER-WARDEN, (DONICE NEAL),
ARKANSAS VALLEY CORRECTIONAL-WARDEN, (CARL ZEON),
C.C.A. CORRECTIONAL CORPORATION OF AMERICA, and
BENT COUNTY CORRECTIONAL-WARDEN, (BILL WILSON),

      Defendants.

## ORDER DIRECTING PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT

Plaintiff Ernest West currently resides in Denver, Colorado. Originally on March 3, 2005, Mr. West submitted to the Court a Prisoner Complaint asserting violations of his constitutional rights. The Court reviewed the Complaint and determined that Plaintiff failed to meet the requirements of Fed. R. Civ. P. 8. The Court also found that Plaintiff failed to satisfy the burden of pleading exhaustion of administrative remedies and that he failed to assert personal participation by named Defendants. Plaintiff was directed to amend the Complaint and correct the deficiencies. On May 9, Plaintiff filed an Amended Complaint. Again, Magistrate Judge Schlatter instructed Plaintiff to amend and assert personal

participation and to satisfy the burden of pleading exhaustion of administrative remedies. On July 15, Plaintiff, through counsel, filed a Second Amended Complaint.

Plaintiff, again, is directed to amend his Complaint. He refers to two individuals, Mr. Jim (James) Keith and Mr. Leyba, as Defendants in the text of the Complaint, but fails to list them as Defendants in the caption of the case. Plaintiff also refers to Mr. Leyba as both Ron, on Page Two of the Second Amended Complaint, and as Joe Leyba, on Page One of the Second Amended Complaint. Furthermore, although Defendant Donice Neal is listed in the caption of the Second Amended Complaint, he is not listed in the text under the "Parties" section of the Complaint.

The Court, therefore, will direct Plaintiff to amend the Complaint. Plaintiff should note that an amended complaint supersedes the original complaint. *See Balance v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Figwort*, 705 F.2d 676 (2d Cir.1983); *London v. Coopers & Lybrand*, 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, Federal Practice and Procedure § 1476 (1990). Plaintiff's Third Amended Complaint, therefore, must stand on its own. Accordingly, it is

ORDERED that Mr. West shall file, **within thirty (30) days from the date of this Order**, a Third Amended Complaint that complies with this Order. It is

FURTHER ORDERED that the Third Amended Complaint shall be titled, "Third Amended Prisoner Complaint," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that Mr. West submit sufficient copies of the Third Amended Complaint to serve each named Defendant. It is

FURTHER ORDERED that if Mr. West fails to file **within thirty (30) days from the date of this Order** an Amended Complaint that complies, to the Court's satisfaction, with this Order the action will be dismissed without further notice.

DATED at Denver, Colorado, this 18 day of August, 2005.

BY THE COURT:

O. EDWARD SCHLATTER
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-00441-OES

Thomas A. Bulger
1801 Broadway, Ste 930
Denver, CO 80202

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/18/05

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk