# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.:      05-cv-00441-REB-MJW

ERNEST WEST,

     Plaintiff,

v.

JOE ORTIZ, Executive Director of the Colorado Department Of Corrections (C.D.O.C).;
FOUR MILE CORRECTIONAL CENTER - WARDEN, (CARL ZENON);
ARKANSAS VALLEY CORRECTIONAL FACILITY - WARDEN, (RON LEYBA);
C.C.A. CORRECTIONAL CORPORATION OF AMERICA;
BENT COUNTY CORRECTIONAL FACILITY - WARDEN, (JIM KEITH); and
JOHN / JANE DOES, I - X.

     Defendants.

---

## ORDER RE: MOTION TO AMEND AND CORRECT CAPTION
( Docket No 28 )

     COMES NOW the Court, having reviewed the above-captioned Plaintiff's Motion to Amend and Correct Caption, and being fully advised in the premise, hereby FINDS AND ORDERS that:

     Plaintiff's Motion is GRANTED.  The Caption shall be amended to correct: Arkansas Valley Correctional - Warden, (Joe Leyba) to read Arkansas Valley Correctional Facility - Warden, (Ron Leyba), and Bent County Correctional - Warden (Jim Kieth) to read Bent County Correctional Facility - Warden (Jim Keith).

     DATED this 18th day of October, 2005.

                          ~~DISTRICT COURT JUDGE~~

                          MICHAEL J. WATANABE
                          U.S. MAGISTRATE JUDGE