**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00441-REB-MJW

ERNEST WEST,

    Plaintiff,

v.

JOE ORTIZ, Executive Director of the C.D.O.C.,
FOUR MILE CORRECTIONAL CENTER-WARDEN, (DONICE NEAL),
ARKANSAS VALLEY CORRECTIONAL-WARDEN, (CARL ZEON),
C.C.A. CORRECTIONAL CORPORATION OF AMERICA,
BENT COUNTY CORRECTIONAL-WARDEN, (BILL WILSON), and
JOHN/JANE DOES, 1-X,,

    Defendants.

## MINUTE ORDER

    CDOC Defendants' Motion to Dismiss Third Amended Complaint [#34] and the Memorandum Brief in Support of Motion to Dismiss Third Amended Complaint [#35], both filed November 28, 2005, are STRICKEN for failure to comply with this court's practice standard REB Civ. Practice Standard V.A.1.

Dated: November 29, 2005
----------------------------------------------------------------------------------------------------------------