IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   05-cv-00441-REB-MJW

ERNEST WEST,

    Plaintiff,

v.

JOE ORTIZ, Executive Director of the Colorado Department Of Corrections (C.D.O.C)
FOUR MILE CORRECTIONAL CENTER - WARDEN, (CARL ZENON);
ARKANSAS VALLEY CORRECTIONAL FACILITY - WARDEN, (RON LEYBA);
C.C.A. CORRECTIONAL CORPORATION OF AMERICA;
BENT COUNTY CORRECTIONAL FACILITY - WARDEN, (JIM KEITH); and
JOHN / JANE DOES, I - X.

    Defendants.

---

## ORDER RE: UNOPPOSED MOTION TO VACATE DECEMBER 13, 2005 SCHEDULING/PLANNING CONFERENCE.
( Docket No. 38 )

COMES NOW the Court, having reviewed the above-captioned Plaintiff's Unopposed Motion to Vacate December 13, 2005 Scheduling/Planning Conference, and being fully advised in the premise, hereby FINDS AND ORDERS that:

Plaintiff's Motion is GRANTED. The Scheduling/Planning Conference will be rescheduled ~~after the Court issues the ruling on Defendants' Motions to Dismiss.~~ on February 15, 2006 @ 9:30 a.m. in Courtroom A-502.

DATED this 6Th day of December, 2005.

*The scheduling order is due on February 9, 2006*

UNITED STATES DISTRICT COURT JUDGE
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE