IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 05-cv-00441-REB-MJW

ERNEST WEST,

     Plaintiff,

v.

JOE ORTIZ, Executive Director of the Colorado Department Of Corrections (C.D.O.C).,
FOUR MILE CORRECTIONAL CENTER – WARDEN (CARL ZENON),
ARKANSAS VALLEY CORRECTIONAL FACILITY – WARDEN (RON LEYBA),
C.C.A. CORRECTIONAL CORPORATION OF AMERICA,
BENT COUNTY CORRECTIONAL FACILITY – WARDEN (JIM KEITH), and
JOHN/JANE DOES, 1-X,

     Defendants.
_____

### ORDER DENYING PLAINTIFF'S MOTION TO REOPEN CASE AT ENTRY LEVEL AT DISTRICT COURT
_____

**Blackburn, J.**

     The matter before me is plaintiff's **Motion to Re-Open Case At Entry Level At District Court** [#81], filed June 14, 2006. I deny the motion.

     On June 8, 2006, the U.S. Magistrate Judge denied plaintiff's motion for appointment of counsel, finding that such motion was more appropriately addressed to the Tenth Circuit Court of Appeals, where plaintiff's case is now pending. It appears from the instant motion that plaintiff may wish to withdraw his appeal, although his intent in that regard is not entirely pellucid. If such is his desire, any such motion is more appropriately directed to the Court of Appeals.

     On the other hand, it may be that plaintiff wishes legal assistance in responding to my order on his motion for reconsideration [#69], filed May 3, 2006. That request is

denied. I exhort plaintiff to again read the order granting his motion for reconsideration, as well as my subsequent order granting him until July 17, 2006, to file competent evidence showing the date of his release from custody relative to the filing of the instant lawsuit. The information I have directed plaintiff to provide is purely factual and wholly within his personal knowledge. The requisite facts can be proved up with relative ease. (*See* Order Granting Motion for Extension of Time at 2, ¶ 3 [#73], filed May 16, 2006.) I perceive nothing about the relatively straightforward, factual issue on which plaintiff's motion for reconsideration hinges that requires the assistance of a lawyer at this time.

**THEREFORE, IT IS ORDERED** that plaintiff's **Motion to Re-Open Case At Entry Level At District Court** [#81], filed June 14, 2006, is **DENIED**.

Dated June 15, 2006, at Denver, Colorado.

                                          **BY THE COURT:**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**