# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00441-REB-MJW

ERNEST WEST,

    Plaintiff,

v.

JOE ORTIZ, Executive Director of the Colorado Department Of Corrections (C.D.O.C)., et al.,

    Defendants.

## MINUTE ORDER[1]

    The matter comes before the court on the **Motion for Indigent** [#89], filed November 8, 2006. The motion is **DENIED** without prejudice. The court needs the plaintiff's current financial circumstances in order to properly address this issue.

    Dated: July 10, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.