IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 05-cv-00441-REB-MJW

ERNEST WEST,

Plaintiff,

v.

JOE ORTIZ, et al.,

Defendants.

MINUTE ORDER

     It is hereby ORDERED that the Plaintiff's Motion of Status (document 92) is GRANTED to the extent that a status conference will be held on August 6, 2007, at 9:30 a.m.  <u>Pro se Plaintiff shall participate by telephone, and shall contact chambers at (303) 844-2403 on that date and time.</u>  Plaintiff's case manager shall assure the participation of the Plaintiff.

Date: July 9, 2007