IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-00441-REB-MJW

ERNEST WEST,

    Plaintiff,

v.

JOE ORTIZ, Executive Director of the Colorado Department of Corrections,
FOUR MILE CORRECTIONAL CENTER - WARDEN (Carl Zenon),
ARKANSAS VALLEY CORRECTIONAL FACILITY - WARDEN (Ron Leyba),
C.C.A. CORRECTIONAL CORPORATION OF AMERICA,
BENT COUNTY CORRECTIONAL FACILITY - WARDEN (Jim Keith), and
JOHN/JANE DOES, 1-X,

    Defendants.

## ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the magistrate judge's **Recommendation on (1) Renewed Motion To Dismiss from Defendants Corrections Corporation of America and Warden Jim Keith (Docket No. 104), (2) CDOC Defendants' Renewed Motion To Dismiss Third Amended Complaint (Docket No. 105), and (3) Plaintiff's Motion for Summary Judgment (Contained in his "Conbined Response – Docket No. 109)** [#113], filed February 4, 2008; (2) plaintiff's motion for **Sanctions for Abusive Conduct** [#115], filed February 19, 2008, which I construe as, in part, stating objections to the magistrate judge's recommendation; and (3) plaintiff's **Motion for Ruling Against Name CDOC Defendants** [#114], filed February 7, 2008. I overrule plaintiff's objections, adopt

the recommendation, grant defendants' motions to dismiss, deny plaintiff's motion for summary judgment and motion for sanctions, and deny his motion for ruling as moot.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable case law. In addition, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, ___ U.S.___, 127 S. Ct. 2197, 2200 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Plaintiff's objections contained within his motion for sanctions are imponderous and without merit. Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

In addition, I deny plaintiff's motion for sanctions insofar as it constitutes a discrete motion for sanctions for alleged defamation by defendants within the context of their filings in this case.[1] An attorney's comments within the context of a judicial proceeding are absolutely privileged from defamation claims. **Seidl v. Greentree Mortgage Co.**, 30 F.Supp.2d 1292, 1313 (D. Colo. 1998) (citing **RESTATEMENT (SECOND) OF TORTS** § 586 & cmt. c). The comments to which plaintiff takes exception therefore are neither defamatory

---

[1] Plaintiff also cites me to Local Rule 30.3, which deals with abusive conduct in the context of depositions. Since no depositions have been scheduled or taken in this case, I do not see this citation as raising a separate basis for sanctions apart from plaintiff's complaint that defendants' references to him in their pleadings as a "convicted felon" are defamatory.

nor sanctionable.

THEREFORE, IT IS ORDERED as follows:

1. That the magistrate judge's **Recommendation on (1) Renewed Motion To Dismiss from Defendants Corrections Corporation of America and Warden Jim Keith (Docket No. 104), (2) CDOC Defendants' Renewed Motion To Dismiss Third Amended Complaint (Docket No. 105), and (3) Plaintiff's Motion for Summary Judgment (Contained in his "Conbined Response – Docket No. 109)** [#113], filed February 4, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's objections to the magistrate judge's recommendation contained in his motion for **Sanctions for Abusive Conduct** [#115], filed February 19, 2008, are **OVERRULED**;

3. That plaintiff's motion for **Sanctions for Abusive Conduct** [#115], filed February 19, 2008, is **DENIED** insofar as it seeks sanctions against defendants for alleged defamation;

4. That plaintiff's **Motion for Ruling Against Name CDOC Defendants** [#114], filed February 7, 2008, is **DENIED AS MOOT**;

5. That plaintiff's motion for summary judgment ,contained within his **Conbined Response Motions Against CDOC Defendants' Motion To Summary Judgment** [#109], filed September 12, 2007, is **DENIED**;

6. That the **Renewed Motion To Dismiss from Defendants Corrections Corporation of America and Warden Jim Keith** is **GRANTED**;

7. That plaintiff's claims against defendants Corrections Corporation of America

3

and Bent County Corrections Facility Warden Jim Keith are **DISMISSED WITH PREJUDICE**;

      8.  That the **CDOC Defendants' Renewed Motion To Dismiss Third Amended Complaint** [#105], filed August 27, 2007, is **GRANTED**;

      9.  That plaintiff's claims against defendants Joe Ortiz – Executive Director of the Colorado Department of Corrections, Carl Zenon – Warden of the Four Mile Correctional Center, and Ron Leyba – Warden of the Arkansas Valley Correctional Facility are **DISMISSED WITH PREJUDICE**;

      10.  That plaintiff's claims against John/Jane Does I-X are **DISMISSED WITH PREJUDICE**;

      11.  That judgment **SHALL ENTER** for defendants, Joe Ortiz – Executive Director of the Colorado Department of Corrections, Carl Zenon – Warden of the Four Mile Correctional Center, Ron Leyba – Warden of the Arkansas Valley Correctional Facility, Corrections Corporation of America and Bent County Corrections Facility Warden Jim Keith, and John/Jane Does I-X, against plaintiff, Ernest West, as to all claims and causes of action asserted im this action; and

      12.  That defendants are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

      Dated February 25, 2008, at Denver, Colorado.

      **BY THE COURT:**

      **s/ Robert E. Blackburn**
      **Robert E. Blackburn**
      **United States District Court**