**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-00441-REB-MJW

ERNEST WEST,

    Plaintiff,

v.

JOE ORTIZ, Executive Director of the Colorado Department of Corrections,
FOUR MILE CORRECTIONAL CENTER - WARDEN (Carl Zenon),
ARKANSAS VALLEY CORRECTIONAL FACILITY - WARDEN (Ron Leyba),
C.C.A. CORRECTIONAL CORPORATION OF AMERICA,
BENT COUNTY CORRECTIONAL FACILITY - WARDEN (Jim Keith), and
JOHN/JANE DOES, 1-X,

    Defendants.

**MINUTE ORDER**[1]

The matter comes before the court on plaintiff's **Motion to have 20% Garnishment Order From U.S. District of Colorado Clerk's Office to Deduct From Inmate Accounts** [#140] filed May 7, 2009. After review of the motion and the file, the court has concluded that the motion should be denied because this court lacks jurisdiction.

**THEREFORE, IT IS ORDERED** plaintiff's **Motion to have 20% Garnishment Order From U.S. District of Colorado Clerk's Office to Deduct From Inmate Accounts** [#140] filed May 7, 2009, is **DENIED** with leave to refile this motion with the Tenth Circuit Court of Appeals.

Dated: May 12, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.